UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 19-cv-07002-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 14 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 16, 2019



WILLIAM H. ORRICK
United States District Judge